IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BRENDA H. KEITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:11-cv-00037 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL ASTRUE, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R & R") of Hon. B. Waugh Crigler recommending that I grant Defendant's Motion for Summary Judgment [ECF No. 19], affirm the Commissioner's final decision, and dismiss this case. Plaintiff filed a timely Objection [*see* ECF No. 22] to which the Commissioner did not respond. For the reasons stated in the accompanying Memorandum Opinion, I will **OVERRULE** Plaintiff's Objection and **ADOPT** Judge Crigler's R & R. It is hereby **ADJUDGED** and **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, and that this case shall be **DISMISSED** from the active docket of the Court.

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all counsel of record and to Magistrate Judge Crigler.

Entered this 9th day of August, 2012.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE